U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ALEXANDER BERNARD JACOBSON | CIVIL ACTION NO. 08-1123 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LA DEPT. OF CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

On December 17, 2008, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 12], recommending that Plaintiff Alexander Bernard Jacobson's ("Jacobson") Complaint be dismissed with prejudice as frivolous and for failing to state a claim upon which relief can be granted.

The Court ADOPTS the Report and Recommendation recommending that (1) Jacobson's motions for class certification and for appointment of counsel be denied [Doc. Nos. 8 & 10]; (2) Jacobson's claims against defendants at Catahoula Correctional Center, Richwood Corrections Center, and the Louisiana Department of Corrections for permitting unlicensed corrections officers to dispense medication be dismissed with prejudice for failure to state a claim; and (3) Jacobson's claims against defendants at East Feliciana Parish Detention Center, St. John the Baptist Parish Detention Center, and Elayn Hunt Correctional Center be dismissed without prejudice because those claims arise outside of this judicial district.

However, the Court DECLINES to dismiss Jacobson's Complaint in its entirety. The Court REMANDS this matter to the Magistrate Judge for a supplemental Report and Recommendation regarding whether Jacobson has stated an Eighth Amendment claim against Defendants at Catahoula

Correctional Center, Richwood Corrections Center, and the Louisiana Department of Corrections based on his allegations that they failed to timely dispense his hypertension medication. *See, e.g.*, [Doc. No. 9, pp. 5–6, 9].

MONROE, LOUISIANA, this 23 day of January, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE