U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALEXANDER BERNARD JACOBSON | CIVIL ACTION NO. 08-1123 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LA DEPT. OF CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12], to the extent ADOPTED, and for the reasons stated in the Court's Ruling,

IT IS HEREBY ORDERED that Plaintiff Alexander Bernard Jacobson's ("Jacobson") motions for class certification and for appointment of counsel [Doc. Nos. 8 & 10] are DENIED.

IT IS ORDERED, ADJUDGED, AND DECREED that Jacobson's claims against Defendants at Catahoula Correctional Center, Richwood Corrections Center, and the Louisiana Department of Corrections for permitting unlicensed corrections officers to dispense medication are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Jacobson's claims against Defendants at East Feliciana Parish Detention Center, St. John the Baptist Parish Detention Center, and Elayn Hunt Correctional Center are DISMISSED WITHOUT PREJUDICE because those claims arise outside of this judicial district.

IT IS FURTHER ORDERED that this matter is REMANDED to the Magistrate Judge for a supplemental Report and Recommendation regarding whether Jacobson has stated an Eighth Amendment claim against Defendants at Catahoula Correctional Center, Richwood Corrections

Center, and the Louisiana Department of Corrections based on his allegations that they failed to timely dispense his hypertension medication. *See, e.g.,* [Doc. No. 9, pp. 5–6, 9].

MONROE, LOUISIANA, this 23 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE